**Adisah Lacy AL–HANIF EL, a/k/a Fredrick Bennett, Plaintiff– Appellant,**

v.

**Brad PERRITT; James McRae; W. McMullen; Carl Ocasiol, Defendants–Appellees.**

No. 14–7508.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2015.

Decided: March 2, 2015.

Adisah Lacy Al–Hanif El, Appellant Pro Se.

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adisah Lacy Al–Hanif El appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Al–Hanif El v. Perritt,* No. 5:14–ct–03224–H (E.D.N.C. Oct. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*